## UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

SGCI HOLDINGS III LLC and
SOOHYUNG KIM,

                    *Appellants*,

       v.

FEDERAL COMMUNICATIONS
COMMISSION ET AL.,

                    *Appellees*.

No. 25-5339

## APPELLANTS' CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES
## (D.C. CIR. R. 28(a)(1) & FED. R. APP. P. 26.1)

Pursuant to this Court's order of September 23, 2025, D.C. Circuit Rule 28(a)(1), and Federal Rule of Appellate Procedure 26.1, Appellants SGCI Holdings III LLC and Soohyung Kim, hereby certify as follows:

### A. Parties and Amici (and Rule 26.1 Disclosure Statement)

Appellants are SGCI Holdings III LLC and Soohyung Kim.

Appellant SGCI Holdings III LLC is a Delaware limited liability company. Standard General Master Fund II L.P., a Cayman Islands limited partnership, owns 20.4% of the equity of SGCI Holdings III LLC; SGCI Holdings LLC, a Delaware limited liability company, owns 23.9% of the equity of SGCI Holdings III LLC; and EPSG Master SPC Ltd., a Cayman Islands limited corporation, owns 39.1% of the equity of SGCI Holdings III LLC.

Appellant Soohyung Kim is an individual, a resident of New York, and the managing member of SGCI Holdings III LLC.

Appellees are:

- Federal Communications Commission;

- Brendan Carr, in his official capacity as Chairman of the FCC;

- Erin Boone, in her official capacity as Chief of the FCC Media Bureau;[1]

- Allen Media, LLC, doing business as Allen Media Group;

- DISH Network Corporation;

- Emmer Consulting, Inc., doing business as I Street Advocates, formerly known as The Goodfriend Group;

- NewsGuild-CWA;

- National Association of Broadcast Employees and Technicians-CWA;

- United Church of Christ, OC Inc., doing business as United Church of Christ Media Justice Ministry;

- Byron Allen;

- Charles Ergen; and

- David Goodfried.

---

[1] Plaintiffs-Appellants sued Jessica Rosenworcel, then-Chairwoman of the FCC, and Holly Saurer, then-Chief of the FCC Media Bureau, in their official capacities. Carr and Boone have been automatically substituted as parties. *See* Fed. R. Civ. P. 25(d).

### B. Rulings Under Review

Appellants seek review, pursuant to 28 U.S.C. §1291 and Federal Rule of Appellate Procedure 3 and 4, of the final order issued by U.S. District Judge Rudolph Contreras of the U.S. District Court for the District of Columbia, Order, *SGCI Holdings III LLC v. FCC*, No. 24-cv-1204 (RC) (D.D.C. Aug. 19, 2025), ECF No. 74, and the accompanying opinion, Memorandum Opinion, *SGCI Holdings III LLC v. FCC*, No. 24-cv-1204 (RC) (D.D.C. Aug. 19, 2025), ECF No. 75, both of which were entered on the court's docket on August 19, 2025. The memorandum opinion is unreported but available at 2025 WL 2400880.

### C. Related Cases

Appellants are not aware of any related cases.


DATED:   October 23, 2025                    Respectfully submitted,

                                              */s/ Tyler R. Green*
                                              Tyler R. Green
                                              CONSOVOY MCCARTHY PLLC
                                              222 S. Main St., 5th Fl.
                                              Salt Lake City, UT 84101
                                              (703) 243-9423
                                              tyler@consovoymccarthy.com

                                              *Attorney for Appellants*
                                              *SGCI Holdings III LLC & Soohyung Kim*

## CERTIFICATE OF SERVICE

I certify that on this 23rd day of October, 2025, I filed the foregoing with the

Court using the CM/ECF system, thereby serving it on all parties of record.


 DATED:   October 23, 2025                    Respectfully submitted,

                                              /s/ *Tyler R. Green*
                                              Tyler R. Green
                                              CONSOVOY MCCARTHY PLLC
                                              222 S. Main St., 5th Fl.
                                              Salt Lake City, UT 84101
                                              (703) 243-9423
                                              tyler@consovoymccarthy.com

                                              *Attorney for Appellants*
                                              *SGCI Holdings III LLC & Soohyung Kim*