UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SGCI HOLDINGS III LLC and SOOHYUNG KIM, <br>       *Appellants*, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION ET AL., <br><br>       *Appellees*. | No. 25-5339 |

### APPELLANTS' STATEMENT OF ISSUES TO BE RAISED

1. Whether the district court erred in holding that Plaintiffs lack standing as to the FCC Defendants.

2. Whether the district court erred in holding that the *Noerr-Pennington* doctrine bars Plaintiffs' claims against the private Defendants.

DATED:  October 23, 2025

Respectfully submitted,

/s/ *Tyler R. Green*
Tyler R. Green
CONSOVOY MCCARTHY PLLC
222 S. Main St., 5th Fl.
Salt Lake City, UT 84101
(703) 243-9423
tyler@consovoymccarthy.com

*Attorney for Appellants*
*SGCI Holdings III LLC & Soohyung Kim*

1

## CERTIFICATE OF SERVICE

I certify that on this 23rd day of October, 2025, I filed the foregoing with the Court using the CM/ECF system, thereby serving it on all parties of record.

DATED:  October 23, 2025   Respectfully submitted,

/s/ *Tyler R. Green*
Tyler R. Green
CONSOVOY MCCARTHY PLLC
222 S. Main St., 5th Fl.
Salt Lake City, UT 84101
(703) 243-9423
tyler@consovoymccarthy.com

*Attorney for Appellants*
*SGCI Holdings III LLC & Soohyung Kim*