**[ORAL ARGUMENT NOT YET SCHEDULED]**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| SGCI HOLDINGS III LLC et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> FEDERAL COMMUNICATIONS COMMISSION et al., <br><br> Defendants-Appellees. | No. 25-5339 |

**CERTIFICATE AS TO PARTIES, RULINGS,
AND RELATED CASES**

Pursuant to D.C. Circuit Rule 28(a)(1), undersigned counsel certifies as follows:

**A. Parties**

Plaintiffs-appellants are Soohyung Kim and SGCI Holdings III LLC. Defendants-appellees from the federal government are the Federal Communications Commission, Brendan Thomas Carr, in his official capacity as Chairman of the FCC, and Erin Boone, in her official capacity as Chief of the Media Bureau. Other Defendants-appellees are Allen Media, LLC, DISH Network Corporation, Newsguild-CWA, National

Association of Broadcast Employees and Technicians-CWA, United Church of Christ, OC Inc., Common Cause, Byron Allen, Charles Ergen, David Goodfriend, and Emmer Consulting, Inc.

## B. Rulings Under Review

The ruling under review (issued by Judge Rudolph Contreras) is a memorandum opinion and order filed August 19, 2025, granting the Defendants' Motion to Dismiss. The memorandum opinion is available on Westlaw at 2025 WL 2400880.

## C. Related Cases

This case has not previously been before this Court or any court other than the district court. Undersigned counsel is unaware of any related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C).

Respectfully submitted,

/s/ *Andrew M. Bernie*
ANDREW M. BERNIE
*Attorney, Appellate Staff*
*Civil Division*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
*202-353-7203*

Dated: October 23, 2025